PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTINE A. SCHEUNEMAN #113811
christine.scheuneman@pillsburylaw.com
REBECCA TIERNEY #273284
rebecca.tierney@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant
INDEPENDENT FILM AND TELEVISION ALLIANCE

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COMPACT COLLECTIONS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENT FILM AND TELEVISION ALLIANCE, <br><br> Defendant. | Case No. CV 12-06855SVW(JEMx) <br><br> [PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER <br><br> Complaint Filed: August 9, 2012 <br> Trial Date: April 23, 2013 |

1     The parties having stipulated and good cause appearing therefor,

2     **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil
3 Procedure 26(c), the Stipulated Protective Order agreed to by and between
4 Plaintiff Compact Collections Ltd. and Defendant Independent Film and
5 Television Alliance, through their counsel, is entered by the Court.

6

7 **IT IS SO ORDERED:**

8

9

10 Dated: 12/21/2012      By: _____
11     Honorable John E. McDermott
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28